UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/18

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

August 14, 2018

Kevin T. Conway
60 Marycrest Road
West Nyack, NY 10994

**Re: Malibu Media, LLC v. John Doe (subscriber assigned IP address 24.188.8.255)**
**18 Civ. 4680 (NRB)**

Dear Counsel:

    A review of the docket sheet in the above-captioned matter indicates that your complaint was filed on May 26, 2018, and that, as of today's date, the complaint has not been served on the defendant. Rule 4(m) of the Federal Rules of Civil Procedure, as amended as of January 1, 2018, provides:

> If a defendant is not served within 90 days after the complaint is filed, the court — on motion or on its own after notice to the plaintiff — must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Thus, unless you achieve service or can show good cause why your time to serve should be extended, this matter will be dismissed without prejudice on August 24, 2018.

Very truly yours,

*[signature]*
Naomi Reice Buchwald
United States District Judge